# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2019

158778

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PATRICIA ALDRICH and WENDY McKNIGHT,
Personal Representative of the Estate of
JUDITH ANN KELLY,
　　　　Plaintiffs-Appellants,

v

OHM SPECIALTY PHARMACY, LLC d/b/a
DOWNS PHARMACY,
　　　　Defendant-Appellee,

and

CHIDOZIE JOSHUA ONONUJU, D.O.,
RAMON RODRIGUEZ, M.D., and AMERICAN
MEDICAL MISSIONARY CARE, INC.,
　　　　Defendants.

SC: 158778
COA: 338140
Saginaw CC: 16-028627-NO

_____/

On order of the Court, the application for leave to appeal the October 23, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2019

Clerk

p0522